# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRI-STATE ENERGY SOLUTIONS, LLP a Delaware Limited Liability Partnership; | : : : | Civil Action No. |
| Plaintiff, | : : | **JURY TRIAL DEMANDED** |
| vs. | : : : | |
| KVAR ENERGY SAVINGS, INC., | : : | |
| Defendant. | : : : : | |

## DEFENDANT KVAR ENERGY SAVINGS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO TRANSFER THIS ACTION TO THE MIDDLE DISTRICT OF FLORIDA

Defendant KVAR Energy Savings, Inc. ("KVAR"), by and through its undersigned counsel, hereby respectfully moves this Court to dismiss this action for lack of personal jurisdiction, or in the alternative, transfer this action to the United States District Court for the Middle District of Florida.  KVAR respectfully refers the Court to its Opening Brief filed herewith for the basis of the relief sought.

**McCarter & English, LLP**

/s/ Daniel M. Silver
A. Richard Winchester (#2641)
awinchester@mccarter.com
Daniel M. Silver (#4758)
dsilver@mccarter.com
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
(302) 984-6300

**McCarter & English, LLP**
William J. Heller
wheller@mccarter.com
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
*Attorneys for KVAR Energy Savings, Inc.*

Dated: April 11, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| TRI-STATE ENERGY SOLUTIONS, LLP a Delaware Limited Liability Partnership; | : : : | Civil Action No. |
| Plaintiff, | : : | **JURY TRIAL DEMANDED** |
| vs. | : : | |
| KVAR ENERGY SAVINGS, INC., | : : | |
| Defendant. | : : | |

### CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2008,** I electronically filed the <u>Defendant KVAR Energy Savings, Inc.'s Motion to Dismiss Defendant KVAR Energy Savings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Or In The Alternative, Motion to Transfer This Action to the Middle District of Florida</u> with the Clerk of Court using CM/ECF. I hereby certify that on **April 11, 2008,** I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Leo John Ramunno, Esq. (# 2003)
    1205 N. King Street
    Wilmington, Delaware 19801
    (302) 654-0660
    Attorney for Tri-State Energy Solutions, LLP

    **McCarter & English, LLP**

    /s/ Daniel M. Silver
    A. Richard Winchester (#2641)
    awinchester@mccarter.com
    Daniel M. Silver (#4758)
    dsilver@mccarter.com
    405 N. King Street
    Wilmington, DE 19801
    (302) 984-6300
    Attorneys for KVAR Energy Savings, Inc.

N THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-STATE ENERGY SOLUTIONS, LLP a Delaware Limited Liability Partnership; | : Civil Action No. :  :  : |
| Plaintiff, | : **JURY TRIAL DEMANDED** : |
| vs. | : : |
| KVAR ENERGY SAVINGS, INC., | : : |
| Defendant. | : : : : |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2008, that upon consideration of Defendant KVAR Energy's Savings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, this action is dismissed for lack of personal jurisdiction.

_____
UNITED STATES DISTRICT JUDGE

v.

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-STATE ENERGY SOLUTIONS, LLP a Delaware Limited Liability Partnership; | : Civil Action No. |
| Plaintiff, | : **JURY TRIAL DEMANDED** |
| vs. | : |
| KVAR ENERGY SAVINGS, INC., | : |
| Defendant. | : |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2008, that upon consideration of Defendant KVAR Energy's Savings, Inc.'s Motion to Transfer This Action to the Middle District of Florida, this action is transferred to the United States District Court for the Middle District of Florida.

_____
UNITED STATES DISTRICT JUDGE

v.